THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>THOMAS WILLIAM DORSHER,<br>   AKA "SCAMMERBLASTER"<br><br>               Defendant. | Case No. 2:22-cr-00463 CW<br><br>ORDER GRANTING STIPULATED REQUEST FOR CONFERENCE ON UNITED STATES' MOTION FOR ARREST WARRANT AND REVOCATION OF PRETRIAL RELEASE<br><br>Judge Clark Waddoups<br>Magistrate Judge Jared C. Bennett |

      The United States and the Defendant Thomas William Dorsher appeared through counsel at a May 23, 2023 video teleconference hearing before the court regarding the United States' Motion for Arrest and Revocation of Pretrial Release. Mr. Dorsher agreed to the video teleconference hearing on the record in lieu of personal appearance. Based on the parties' joint stipulation and agreement, the court denies as moot the United States' motions seeking an order to show cause and to arrest and revoke Mr. Dorsher's pretrial release (ECF No. 34, 35). Based on the parties' stipulation, the court further orders the following conditions of release, which are in addition to and not in lieu of any previous conditions set by a United States Magistrate Judge:

1. Defendant will comply with all orders of the Court including the protective order in this case.

2. Defendant will refrain from public comments on his trial.

3. Defendant will refrain from public comments concerning witnesses at trial including Vivint, Inteliquent, and RingCentral and their affiliates, employees, and agents.

4. Defendant will refrain from further communications through his ScammerBlaster channels, whether social media, email, or other electronic channels.

5. Defendant will delete within 48 hours of the Court's order all posts on Twitter, YouTube, or his other ScammerBlaster channels concerning his trial, Vivint, Inteliquent, or RingCentral posted after the date of the Indictment.

6. Defendant will refrain from any further public threats or statements on actions he will take if he is convicted or goes to prison.

SO ORDERED on May 23, 2023:

_____
JARED C. BENNETT
United States Magistrate Judge